UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-21854-CV-WILLIAMS

CLEAR SPRING PROPERTY AND
CASUALTY COMPANY,

    Plaintiff,

v.

ASTONBLUWAVES LLC, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Eduardo I. Sanchez's Report and Recommendation (DE 61) ("*Report*") on the Motion to Dismiss Counts 3–8 of Astonbluwaves LLC's Counterclaim filed by Clear Spring Property and Casualty Company ("*Plaintiff*") (DE 16) ("*Motion*"). In the Report, Judge Sanchez recommends that the Motion be denied without prejudice as moot. (DE 61 at 3.) No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Sanchez's Report (DE 61) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion to Dismiss Counts 3–8 of Astonbluwaves LLC's Counterclaim (DE 16) is **DENIED WITHOUT PREJUDICE AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>18th</u> day of August, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE